UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Trailer Bridge, Inc.,

    Plaintiff,

vs.                                                    Case No. 3:09-cv-675-J-25MCR

PCS Nitrogen, Inc., et al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Seal Exhibit A (Doc. 3) filed July 23, 2009. Plaintiff seeks to file under seal Exhibit A to the Complaint (Doc. 1), which consists of the Transportation Contract and Schedule A. Both documents are material to the issues in the litigation and contain clauses requiring them and all terms and conditions contained in them to be treated as confidential and exempt from publication to third parties.

Local Rule 1.09 of the Local Rules for the Middle District of Florida permits a paper to be filed under seal if the moving party provides: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The Court

will permit the sealing of Exhibit A to the Complaint because Plaintiff has satisfied each of these requirements and because the Court finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly tailored to that interest.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992), citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985).

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Seal Exhibit A (Doc. 3) is **GRANTED**.  The Clerk shall file Exhibit A to the Complaint under seal until further Order of the Court.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  24th  day of July, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record